

2 Westchester Park Drive, Suite 410<br>
White Plains, NY 10604<br>
Tel: 914-331-0100<br>
Fax: 914-331-0105<br>
www.denleacarton.com

October 3, 2023

**VIA ECF ONLY**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Kasiotis v. New York Black Car Operators'
Injury Compensation Fund, Inc.,
(Second Circuit Dkt. No. 22-2061)

Dear Ms. Wolfe:

We represent the Appellee Joseph Kasiotis (and the certified class of Black Car passengers) in the above-captioned appeal. I write to inquire as to the status of the appeal.

Oral Argument was presented to the Court on December 8, 2021 (in then Docket No. 20-3955). Following a return to the District Court, and ensuing certification back to the Circuit, the parties submitted supplemental briefing on November 4 and November 29, 2022, respectively, to address certain questions that had been raised at oral argument. Since that time, there has been no activity on the appeal.

We remain available to answer any questions the Panel may have, and otherwise look forward to the Court's anticipated decision.

Respectfully submitted,

DENLEA & CARTON LLP

/s/ Jeffrey I. Carton

cc: Richard H. Dolan, Esq. (Via ECF)
    Seth D. Allen, Esq. (Via ECF)